In the Matter of EUGENE BUCCI et al., as Members of Mechanicville Housing Authority, Respondents, against WILLIAM E. GREY, as Chairman of Mechanicville Housing Authority, et al., Appellants.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.